ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:   (907) 543-3394
Email:       angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | Case No. _____ CV (____) |

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

COMPLAINT
Page 1 of 5

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. ____ Civ (____)

## COMPLAINT

Plaintiff Christina Doe, as guardian for her daughter Elizabeth Doe, through her counsel, states for her complaint against the defendant and alleges as follows:

### PARTIES AND JURISDICTION

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), and 2671-2680.

2. Plaintiff Christina Doe, as guardian and mother of Elizabeth Doe, is a resident of Quinhagak, Alaska.

3. At the time of the conduct that forms the basis for the allegations in Plaintiff's Complaint, the Malone Home was owned and operated by the Yukon-Kuskokwim Health Corporation ("YKHC"). The United States has assumed tort liability under the Federal Tort Claims Act for the negligent acts of YKHC employees.

4. This Court, therefore, has jurisdiction over the subject matter of this action under 28 U.S.C. § 1346(b)(1).

### BACKGROUND FACTS

5. On or about December 12, 2004, Elizabeth Doe was a 51 year-old woman with significant cognitive and adaptive functioning disabilities.

6. On or about December 12, 2004, Elizabeth Doe was a resident at the Malone Home in Bethel, Alaska, because of her disabilities.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

7. On or about December 12, 2004, Jonathon O'Brien, an employee of the Malone Home and YKHC, sexually assaulted Elizabeth Doe in her room. At that time Jonathon O'Brien was intoxicated, and he possessed alcohol and a handgun.

8. On November 7, 2005, Jonathon O'Brien was convicted of Sexual Assault in the Second Degree for his sexual assault of Elizabeth Doe.

## First Cause of Action
### Negligent Hiring

9. Plaintiff realleges and incorporates Paragraphs 1-8 above.

10. Pursuant to AS §§ 47.24.010 - .900 and AS §§ 47.33.05 – .990, employers that operate assisted living homes have a special duty to protect residents because they are considered to be a vulnerable population.

11. The Malone Home, as an assisted living provider, has a duty when hiring an employee to exercise a degree of care commensurate with the nature of the business in which it is engaged and the services the employee is expected to perform. The selection of an individual to whom the care and safety of severely disabled individuals will be entrusted requires a relatively high level of care before it may be considered reasonable.

12. The Malone Home breached this duty when it hired Jonathon O'Brien because it should have known that he was unfit to work with a vulnerable population of mentally disabled individuals like Elizabeth Doe.

13. As a proximate result of the defendant's negligent hiring of Jonathon O'Brien, Elizabeth Doe was harmed.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

COMPLAINT
Page 3 of 5

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. ___ Civ (___)

## Second Cause of Action
### Negligent Supervision

14. Plaintiff realleges and incorporates Paragraphs 1-13 above.

15. The Malone Home has a duty to supervise employees who are in the facility.

16. The Malone Home breached its duty to supervise Jonathon O'Brien by negligently permitting him to enter and/or remain in the facility when he was intoxicated and armed with a handgun.

17. Alternatively, the Malone Home breached its duty to supervise Jonathon O'Brien by negligently permitting him to consume alcohol in the facility.

18. Alternatively, the Malone Home breached its duty to supervise Jonathon O'Brien by negligently failing to prevent him from sexually assaulting Elizabeth Doe.

19. As a proximate result of the negligent supervision of Jonathon O'Brien, Elizabeth Doe was harmed.

## Third Cause of Action
### Negligent Failure to Protect

20. Plaintiffs reallege and incorporate Paragraphs 1-19 above.

21. Under Alaska law, the Malone Home has a special duty to protect its residents against harm inflicted by others.

22. The Malone Home breached this duty to protect Elizabeth Doe when it allowed Jonathon O'Brien to enter and/or remain in the facility so that he would have an opportunity to assault Elizabeth Doe after he had consumed alcohol.

LAW OFFICES
FELDMAN ORLANSKY &
SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

COMPLAINT
Page 4 of 5

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. ___ Civ (___)

23. As a proximate result of the defendant's negligent failure to protect Elizabeth Doe, she suffered harm when Jonathon O'Brien sexually assaulted her.

### PRAYER FOR RELIEF

WHEREFORE, Christina Doe, on behalf of her daughter Elizabeth Doe, prays that the court grant her the following relief:

A. An award of $1,000,000 for compensatory damages against the United States;

B. Allowable costs and fees; and

C. Such other relief as the court deems equitable.

RESPECTFULLY SUBMITTED this 5 day of January, 2006, at Anchorage, Alaska.

FELDMAN ORLANSKY & SANDERS

By _____
Eric T. Sanders
Alaska Bar No. 7510085

ANGSTMAN LAW OFFICE

By _____
Myron Angstman
Alaska Bar No. 7410057

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

LAW OFFICES
FELDMAN ORLANSKY & SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK 99501
TEL: 907.272.3538
FAX: 907.274.0819

COMPLAINT
Page 5 of 5

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. ___ Civ ( ___ )