ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:    (907) 543-3394
Email:         angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o<br>ELIZABETH DOE<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | Case No. 3:06-003 Civ (RRB) |

**PROOF OF SERVICE**

LAW OFFICES
FELDMAN ORLANSKY
& SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK
99501
TEL: 907.272.3538

PROOF OF SERVICE
Page 1 of 2

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-003 Civ (RRB)

STATE OF ALASKA           )
                          ) ss
THIRD JUDICIAL DISTRICT   )

Annette Cartier of Feldman Orlansky & Sanders, being duly sworn, states as follows: This affidavit is filed in compliance with the requirements of Federal Rule of Civil Procedure 4(l). On January 9, 2006, defendant United States of America was served with the Summons and Complaint (see attached Return of Service).

_____
Annette Cartier

SUBSCRIBED AND SWORN to before me this 20th day of January, 2006.

_____
Notary Public for Alaska
My commission expires: 12-9-2009

LAW OFFICES
FELDMAN ORLANSKY
& SANDERS
500 L STREET
SUITE 400
ANCHORAGE, AK
99501
TEL: 907.272.3538

PROOF OF SERVICE          Christina Doe o/b/o Elizabeth Doe v. United States of America
Page 2 of 2                                              Case No. 3:06-003 Civ (RRB)

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FELDMAN ORLANSKY & SANDERS
COUNSELORS AT LAW
500 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Timothy M Burgess
US Attorney
222 West 7th Ave. #9
Room 253
Anchorage AK 99513
7567

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CHUCK FARMER
C. Date of Delivery: 1/9/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No
   Letter in file

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label)
7002 1000 0005 6787 4841

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**ATTACHMENT TO PROOF OF SERVICE**

*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-003 Civ (RRB)