AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

IN THE _____ District of _____ ALASKA _____

CHRISTINA DOE o/b/o
ELIZABETH DOE

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06-003 CV

TO: (Name and address of Defendant)

Alberto Gonzales
U.S. Attorney General
Main Justice Bldg.
10th & Constitution Avenue
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric T. Sanders
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DATE: January 6, 2006

CLERK

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alberto Gonzales
    U.S. Attorney General
    Main Justice Bldg
    10th & Constitution Ave
    Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received By (Printed Name)    C. Date
    JAN 1 [?] 2006

D. Is delivery address different from item 1?
   If YES, enter delivery address below.

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)

    7002 1000 0005 6787 4834

PS Form 3811, August 2001    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

FELDMAN ORLANSKY & SANDERS
COUNSELORS AT LAW
500 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501

RECEIVED
JAN 3 0 2006
FELDMAN ORLANSKY
& SANDERS