DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>          Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:06-cv-3-RRB<br><br>**ANSWER TO COMPLAINT** |

COMES NOW the United States of America, by counsel, and answers the complaint according to each numbered paragraph:

## PARTIES AND JURISDICTION

1. The averments of Paragraph 1 amount to a legal conclusion to which no response is required.

2. Defendant is without knowledge or information sufficient to admit or deny the averments of Paragraph 2.

3. Defendant admits the averments of the first sentence of Paragraph 3. Defendant admits only that the United States is a proper defendant in an action against YKHC alleging negligent acts or omissions of YKHC employees acting within the course and scope of employment.

4. The averments of Paragraph 4 amount to a legal conclusion to which no response is required.

## BACKGROUND FACTS

5. Upon information and belief, Defendant admits the averments of Paragraph 5.

6. Admitted.

7. Defendant admits only that on or about December 12, 2004, a Malone Home employee reported seeing former Malone Home employee, Jonathan O'Brien, pushing Ms. Doe while attempting to have sexual intercourse with

her. Defendant further admits, to the extent supported by the documents and records, that Mr. O'Brien confessed to local police officials that he had a gun and alcohol in his possession. Defendant is without knowledge or information to admit or deny the remaining averments of Paragraph 7.

8. Defendant admits the averments of Paragraph 8 to the extent supported by the records of the Superior Court for the State of Alaska.

## First Cause of Action
## Negligent Hiring

9. Defendant incorporates by reference its responses to Paragraphs 1 through 8 above as if fully set forth herein.

10. The averments of Paragraph 10 amount to a legal conclusion to which no response is required.

11. The averments of Paragraph 11 amount to a legal conclusion to which no response is required.

12. Denied.

13. Denied.

## Second Cause of Action
## Negligent Supervision

14. Defendant incorporates by reference its responses to Paragraph 1 through 13 above as if fully set forth herein.

15. The averments of Paragraph 15 amount to a legal conclusion to which no response is required.

16. Denied

17. Denied.

18. Denied.

19. Denied.

## Third Cause of Action
## Negligent Failure to Protect

20. Defendant incorporates by reference its responses to Paragraph 1 through 19 above as if fully set forth herein.

21. The averments of Paragraph 21 amount to a legal conclusion to which no response is required.

22. Denied.

23. Denied.

## FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

The injuries or damages, or both, alleged in the complaint were not proximately caused by a negligent act or omission of any employee of the United States acting within the scope and course of employment.

## THIRD DEFENSE

If Defendant was negligent, which is expressly denied, others were also negligent.  Defendant may thus only be held liable for its proportionate share of the fault, if any.

## FOURTH DEFENSE

Plaintiff's claim for damages is limited to damages recoverable under 28 U.S.C. § 2674, and Alaska law.

## FIFTH DEFENSE

Defendant's liability, if any, for non-economic damages is limited to the amount recoverable under Alaska stat. § 09.17.010.

## SIXTH DEFENSE

Plaintiff has not provided evidence of her appointment as guardian of Elizabeth Hunter(Doe).  *See* Alaska stat. §§ 13.26.025, 13.26.095.

**WHEREFORE**, Defendant, the United States of America, demands judgment, and granting such further relief as the Court deems just and proper, including costs.

RESPECTFULLY SUBMITTED this 13th day of March, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2006,
a copy of the foregoing Answer to Complaint
was served electronically on Eric T. Sanders.


s/ Daniel R. Cooper, Jr.