DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:06-cv-3-RRB <br><br> **SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.  **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on April 4, 2006, and was attended by:

Eric T. Sanders              Attorney for plaintiff Christina Doe

Daniel R. Cooper, Jr.        Attorney for defendant.

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1) will be exchanged by the parties by April 21, 2006.

Preliminary witness lists will be exchanged by the parties by April 21, 2006.

3. **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: liability, causation and damages.

4. **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues: liability, causation and damages.

   B. All discovery commenced in time to be completed by July 7, 2006.

   C. Limitations on Discovery.

      1. Interrogatories: No change from F.R.Civ.P. 33(a).

      2. Requests for Admissions: No change from F.R.Civ.P. 36(a).

      3. Depositions: No change from F.R.Civ.P. 36(a), (d).

    D.    Reports from retained experts are due on August 7, 2006.

    E.    Supplementation of disclosures and discovery responses are to be made periodically at 60-day intervals from the entry of scheduling and planning order.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due not later than August 7, 2006.

5.    **Pretrial Motions**.  No change from D.Ak. LR 16.1(c).

6.    **Other Provisions**:

    A.    The parties do not request a conference with the court before the entry of the scheduling order.

    B.    Alternative Dispute Resolution:  This matter is not considered a candidate for court-annexed alternative dispute resolution.

    C.    The parties do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1 are not required by any party.

7.    **Trial**.

    A.    The matter will be ready for trial not later than September 1, 2006.

    B.    This matter is expected to take 2 days to try.

    C.    No Jury Demanded.

RESPECTFULLY SUBMITTED this 10th day of April, 2006, in Anchorage, Alaska.

        Deborah M. Smith
        Acting United States Attorney

        s/ Daniel R. Cooper, Jr.
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-2344
        E-mail: Daniel.Cooper@usdoj.gov
        AK #8211109

I hereby certify that on April 10, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.