DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, | ) Case No. 3:06-cv-00003-RRB |
| Plaintiff, | ) MOTION TO ADD THIRD PARTY ) DEFENDANT |
| vs. | ) (Rule 14(a) F.R.Civ.P.) |
| UNITED STATES OF AMERICA, | ) |
| Defendant and Third Party Plaintiff, | ) |
| v. | ) |
| JONATHON O'BRIEN, | ) |
| Third Party Defendant. | ) |

COMES NOW the United States of America, through counsel, and moves

the court pursuant to Rule 14(a), F.R.Civ.P. to allow the filing of a Third Party

Complaint to add Jonathon O'Brien as a third party defendant. A copy of the proposed complaint is lodged herewith, along with an appropriate order.

This motion is supported by the attached Memorandum in Support of Motion to Add Third Party Defendant.

RESPECTFULLY SUBMITTED May 12, 2006, in Anchorage, Alaska.

                                                DEBORAH M. SMITH
                                                Acting United States Attorney

                                                s/ Daniel R. Cooper, Jr.
                                                222 West 7th Ave., #9, Rm. 253
                                                Anchorage, AK 99513-7567
                                                Phone: (907) 271-3376
                                                Fax: (907) 271-2344
                                                E-mail: Daniel.Cooper@usdoj.gov
                                                AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006,
a copy of the foregoing Motion to Add
Third Party Defendant was served
electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.