DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, | ) Case No. 3:06-cv-00003-RRB ) ) |
| Plaintiff, | ) **UNITED STATES' THIRD** ) **PARTY COMPLAINT** |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant and Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| JONATHON O'BRIEN, | ) ) |
| Third Party Defendant. | ) |

Third Party Plaintiff, the United States of America ("U.S."), through

counsel, alleges its cause of action against the Third Party Defendant, Jonathon

O'Brien ("Mr. O'Brien"), as follows:

1. Jurisdiction is proper in the U.S. District Court for the District of Alaska because the United States is the Third Party Plaintiff. 28 U.S.C. § 1345. Venue is proper because the acts occurred in Bethel, Alaska.

2. Third Party Defendant Mr. O'Brien is a person believed to be a resident of Alaska.

3. On or about December 12, 2004, Elizabeth Doe ("Ms. Doe") was a resident of the Malone Home in Bethel, Alaska.

4. Mr. O'Brien was an employee of the Malone Home where Ms. Doe resided.

5. On November 7, 2005, Mr. O'Brien was indicted and convicted of sexually assaulting Ms. Doe on December 12, 2004.

## FIRST CAUSE OF ACTION

### Apportionment

7. Paragraphs 1 through 5 are re-alleged and incorporated herein.

8. Alaska Statute 9.10.055 allows defendants to apportion fault among all possible tortfeasors. Mr. O'Brien was convicted for sexually assaulting Ms. Doe. Complaint ¶ 8.

9. Mr. O'Brien caused Ms. Doe's injuries by his intentional acts and should be found liable to Ms. Doe for her injuries.

WHEREFORE the United States prays for the following relief:

1. That if the court finds that Mr. O'Brien caused Ms. Doe's injuries, that he be apportioned all or a percentage of fault that corresponds to his degree of participation.

2. That the court grant the United States further relief as it deems just and proper, as well as costs.

RESPECTFULLY SUBMITTED on May 12, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006,
a copy of the foregoing Third Party Complaint was served
electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.