IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, ) ) ) Plaintiff, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant and Third Party ) Plaintiff, ) ) v. ) ) JONATHON O'BRIEN, ) ) Third Party Defendant. ) | Case No. 3:06-cv-00003-RRB [PROPOSED] ORDER GRANTING MOTION TO ADD THIRD PARTY DEFENDANT (Rule 14(a) F.R.Civ.P.) |

The United States of America, through counsel, has moved the court pursuant to Rule 14(a), F.R.Civ.P. to allow the filing of a Third Party Complaint to add Jonathon O'Brien as a third party defendant. The motion was supported by a Memorandum in Support of Motion to Add Third Party Defendant, and a copy of the proposed Third Party Complaint was lodged with the Motion.

The court having considered the motion and any opposition thereto, and therefore being sufficiently advised on the matter, the Motion to Add Third Party Defendant is hereby

GRANTED.

Third Party Plaintiff shall serve a summons and third party complaint upon Mr. O'Brien promptly, and file proof of service of the summons and complaint promptly upon their return.

Dated this ___ day of _____ , in Anchorage, Alaska.

                                      HONORABLE RALPH R. BEISTLINE

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006,
a copy of the foregoing [Proposed] Order Granting
Motion to file Third Party Complaint was served
electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.