DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, | ) Case No. 3:06-cv-00003-RRB |
| | ) |
| | ) |
| Plaintiff, | ) MEMORANDUM IN SUPPORT OF |
| | ) MOTION TO ADD THIRD PARTY |
| vs. | ) DEFENDANT |
| | ) (Rule 14(a) F.R.Civ.P.) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant and Third Party | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JONATHON O'BRIEN, | ) |
| | ) |
| Third Party Defendant. | ) |

The United States of America, through counsel, has moved the court

pursuant to Rule 14(a), F.R.Civ.P. to allow the filing of a Third Party Complaint to

add Jonathon O'Brien as a third party defendant. A copy of the proposed complaint has been lodged herewith, along with an appropriate order.

Rule 14(a), F.R.Civ.P. allows a defending party, as a third party plaintiff, to serve a summons and complaint on a person not then a party to the action who may be liable for all or some of the damages alleged by the plaintiff. If the third party plaintiff does not file and serve the summons and complaint within 10 days of filing their original answer, the service of the summons and complaint may be made only after obtaining leave of the court and with notice to all the other parties.

The complaint in this action alleges that Jonathon O'Brien sexually assaulted Ms. Doe while she was a resident of a group home where he was employed. Alaska Statute 9.10.055 allows defendants to apportion fault among all possible tortfeasors. Mr. O'Brien was convicted for sexually assaulting Ms. Doe. Complaint ¶ 8.

It is reasonable to argue that Mr. O'Brien caused Ms. Doe's injuries by his intentional acts and should be found liable to Ms. Doe for her injuries. Likewise, the United States should be allowed to argue for apportionment of damages as between all tortfeasors, including Mr. O'Brien.

This motion is not brought for the purpose of harassment or delay. The motion is brought within the time limits set forth in this court's Scheduling and Planning Order at Docket 9.

CONCLUSION

The United States respectfully requests that it be allowed to file and serve the complaint lodged herewith.

RESPECTFULLY SUBMITTED  May 12, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2006,
a copy of the foregoing Memorandum
in Support of Motion to Add
Third Party Defendant  was served
electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.