ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
P.O. Box 585
Bethel, Alaska 99559
Telephone:    (907) 543-2972
Facsimile:    (907) 543-3394
Email:        angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendant.<br>_____ | Case No. 3:06-cv-00003-RRB<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO ADD THIRD-PARTY DEFENDANT** |

　　　　The plaintiff does not oppose the defendant's motion to add Jonathan O'Brien as a

third-party defendant in this action.

Plaintiff's Non-Opposition to Defendant's Motion to Add Third Party Defendant
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                                       Page 1 of 2

Dated this 30th day of May, 2006.

By    /s/ Eric T. Sanders

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:    sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Myron Angstman
ANGSTMAN LAW OFFICE
P.O. Box 585
Bethel, Alaska 99559
Telephone:    (907) 543-2972
Facsimile:    (907) 543-3394
Email:    angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Certificate of Service

I hereby certify that on the 30th day of May, 2006, a copy of the foregoing Plaintiff's Non-Opposition to Defendant's Motion to Add Third-Party Defendant was electronically served on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

And by mail on:

Myron Angstman
Angstman Law Office
P.O. Box 585
Bethel, Alaska  99559

By    /s/ Eric T. Sanders

Plaintiff's Non-Opposition to Defendant's Motion to Add Third Party Defendant
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                              Page 2 of 2