IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, | ) Case No. 3:06-cv-00003-RRB<br>)<br>) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER GRANTING<br>) MOTION TO ADD THIRD PARTY |
| vs. | ) DEFENDANT<br>) (Rule 14(a) F.R.Civ.P.) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant and Third Party<br>     Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| JONATHON O'BRIEN, | )<br>) |
| Third Party Defendant. | ) |

The United States of America, through counsel, has moved the court

pursuant to Rule 14(a), F.R.Civ.P. to allow the filing of a Third Party Complaint to

add Jonathon O'Brien as a third party defendant.  The motion was supported by a

Memorandum in Support of Motion to Add Third Party Defendant, and a copy of

the proposed Third Party Complaint was lodged with the Motion.

The court having considered the motion and any opposition thereto, and therefore being sufficiently advised on the matter, the Motion to Add Third Party Defendant is hereby

GRANTED.

Third Party Plaintiff shall serve a summons and third party complaint upon Mr. O'Brien promptly, and file proof of service of the summons and complaint promptly upon their return.

Dated this 5 day of June , in Anchorage, Alaska.

HONORABLE RALPH R. BEISTLINE

UNITED STATES DISTRICT COURT JUDGE