AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     ALASKA

PLAINTIFF
Christina Doe o/b/o Elizabeth Doe,

V. DEFENDANT AND THIRD PARTY PLAINTIFF
United States of America,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 3:06-cv-3-RRB

V. THIRD PARTY DEFENDANT
Jonathon O'Brien

To: Name and address of Third Party Defendant

Jonathon O'Brien
c/o Palmer Correctional Center
P O Box 919
Palmer, AK 99645

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Eric T. Sanders
Feldman, Orlansky & Sanders
500 L Street, Suite 400
Anchorage, AK 99501

Myron Angstman
Angstman Law Office
P O Box 585
Bethel, AK 99559

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567

an answer to the third-party complaint which is served on you with this summons, within _____20_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    [signature stamp]

(By) DEPUTY CLERK [signature]

DATE   June 7, 2006

◎AO 441  (Rev. 8/01)  Third Party Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 06/10/06 |
| NAME OF SERVER<br>K. Joy McCulloch | TITLE | Legal Assistant, USAO |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified Mail, Return Receipt Requested (copy attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 15, 2006
              *Date*

*Signature of Server*: K Joy McCulloch

222 West 7th Ave, Rm 253, Anchorage, AK  99513-7567
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ .63 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Postmark Here: 6/7/06

7000 0520 0023 4549 0995

Recipient's Name: Jonathon O'Brien
c/o Palmer Correctional Center
Street, Apt. No.; or PO Box 919
City, State, ZIP+ 4: Palmer, AK 99645

PS Form 3800, February 2000          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathon O'Brien
c/o Palmer Correctional Center
P O Box 919
Palmer, AK 99645

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: [illegible]
B. Date of Delivery: 6/10/06
C. Signature: X [signature]  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Copy from service label)*   7000 0520 0023 4549 0995

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952