DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Third Party Plaintiff, <br><br> v. <br><br> JONATHON O'BRIEN, <br><br> Third Party Defendant. | Case No. 3:06-cv-00003-RRB <br><br><br><br><br><br><br> **MOTION FOR ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANT, JONATHON O'BRIEN** |

NOW COMES the Defendant/Third Party Plaintiff, United States of

America, by Assistant United States Attorney Daniel R. Cooper, Jr., pursuant to

Civ.R. 55(b), and requests that this court enter the default of Jonathon O'Brien for failure to plead in or otherwise defend this action, as stated in the attached Affidavit of counsel.

RESPECTFULLY SUBMITTED this 20th day of July, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006,
a copy of the foregoing Motion for Entry of
Default Against Third Party Defendant,
Jonathon O'Brien was served
electronically on Eric T. Sanders and on

Myron Angstman
P O Box 585
Bethel, AK 99559

Jim Valcarce
Cooke, Roosa, Valcarce, LLC
900 3rd Ave.
Bethel, AK  99559

by regular U. S. mail.

s/ Daniel R. Cooper, Jr.

Doe v. U S, et.al.
3:06-cv-00003-RRB                                2