IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, ) | Case No. 3:06-cv-3-RRB |
| Plaintiff, ) | |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | **[PROPOSED] ORDER FOR ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANT, JONATHON O'BRIEN** |
| Defendant and Third Party Plaintiff, ) | |
| v. ) | |
| JONATHON O'BRIEN, ) | |
| Third Party Defendant. ) | |

It appearing from the records in the above-entitled action, and the affidavit of counsel for the Defendant/Third Party Plaintiff, that the Third Party Defendant, Jonathon O'Brien, has failed to plead or otherwise defend in said action as required. The Motion for Entry of Default is hereby granted and default is hereby entered against Jonathon O'Brien.

Date: _____                   _____
                                        RALPH B. BEISTLINE
                                        United States District Court Judge