DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
daniel.cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant and Third Party<br>    Plaintiff,<br><br>v.<br><br>JONATHON O'BRIEN,<br><br>    Third Party Defendant. | Case No. 3:06-cv-00003-RRB<br><br><br><br><br><br><br><br>**AFFIDAVIT FOR ENTRY OF DEFAULT AGAINST THIRD PARTY DEFENDANT, JONATHON O'BRIEN** |

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

Daniel R. Cooper, Jr., being first duly sworn, deposes and says:

1. I am an Assistant United States Attorney for the Third Party Plaintiff, United States of America, in the above-entitled action.

2. As evidenced by the attached Return of Service, service was had by personal service, on Third-Party Defendant Jonathon O'Brien on June 10, 2006.

3. The time within which the Third Party Defendant could plead in or otherwise defend this action has expired without such action by Third-Party Defendant.

4. Application for entry of default of Third Party Defendant, Jonathon O'Brien, is being made by Third-Party Plaintiff based on Third Party-Defendant's failure to plead in or otherwise defend this action.

5. To the best of my knowledge, Third-Party Defendant is not an infant or an incompetent.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DANIEL R. COOPER, JR.

SUBSCRIBED AND SWORN TO before me this 20th day of July, 2006, in Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: 5/16/08

[Notary Seal: BRENDA C. BIRMINGHAM, NOTARY PUBLIC, STATE OF ALASKA]