ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:    (907) 543-3394
Email:         angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

RECEIVED
NOV 1 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　Defendant.<br><br>　v.<br><br>JONATHON O'BRIEN,<br><br>　　　　　　Third-Party Defendant. | Case No. 3:06-cv-00003-RRB<br><br><br>**NOTICE OF VIDEO-TAPE DEPOSITION OF JONATHON O'BRIEN** |

PLEASE TAKE NOTICE that plaintiffs will take the deposition of JONATHON O'BRIEN on Friday, November 17, 2006, at 9:00 a.m., at the Palmer Correctional Center, Mile 58 of the Glenn Highway, Alaska. The deposition will be video-taped before a notary public or some other officer authorized by law to administer oaths and will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 16th day of November, 2006.

By _____

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Myron Angstman
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:   (907) 543-3394
Email:       angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Notice of Video-tape Deposition of Jonathon O'Brien
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                    Page 2 of 3

Certificate of Service

I hereby certify that on the 16th day of November, 2006, a copy of the foregoing Notice of Video-tape Deposition of Jonathon O'Brien was Served by facsimile and messenger on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

By _Peggy S Crowe_

Notice of Video-tape Deposition of Jonathon O'Brien
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                    Page 3 of 3