ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:    (907) 543-2972
Facsimile:    (907) 543-3394
Email:        angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant.<br><br>    v.<br><br>JONATHON O'BRIEN,<br><br>            Third-Party Defendant.<br>_____ | Case No. 3:06-cv-00003-RRB<br><br><br><br><br><br><br>**CERTIFICATION OF READINESS FOR TRIAL** |

Certification for Readiness for Trial
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                            Page 1 of 3

In response to the Court's November 29, 2006 Order, counsel for the plaintiff consulted with the defendant's attorney and can certify that discovery is complete and that there are no procedural or legal issues which are appropriate for resolution by motion. Also, the parties agreed to participate in a settlement conference conducted by Judge Sedwick. Judge Sedwick's chambers informed the plaintiff's attorney that he is available to conduct a conference between January 2 and January 13, 2007.

The parties suggest two alternate trial dates: March 26, 2007, and May 28, 2007.

Dated this 14th day of December, 2006.

By   /s/ Eric T. Sanders_____

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:         sanders@frozenlaw.com
[Alaska Bar No. 7510085]

Myron Angstman
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:    (907) 543-3394
Email:         angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Certification for Readiness for Trial
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                      Page 2 of 3

Certificate of Service

I hereby certify that on the 14th day of December, 2006,
a copy of the foregoing  Certification of Readiness for
Trial was electronically served on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

And

Myron Angstman via mail

By__/s/ Eric T. Sanders____

Certification for Readiness for Trial
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                                            Page 3 of 3