IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CHRISTINA DOE o/b/o
ELIZABETH DOE,

        Plaintiff,

vs.                                    Case No. 3:06-cv-0003-RRB

UNITED STATES OF AMERICA,

        Defendant and                  ORDER REGARDING
        Third-Party Plaintiff,         SETTLEMENT CONFERENCE

vs.

JONATHON O'BRIEN,

        Third-Party Defendant.
```

Plaintiffs filed a Certification of Readiness for Trial at Docket 22 and requested a settlement conference be conducted by the **Honorable John W. Sedwick.** In preparation for the scheduling of a settlement conference before Judge Sedwick, each party shall submit to Judge Sedwick's chambers a confidential settlement brief on or before **January 3, 2007.** This settlement brief shall not be filed with Court or served on opposing parties. The settlement

ORDER RE SETTLEMENT CONFERENCE - 1
3:06-CV-0003-RRB

brief shall be on 8-1/2 x 11 inch paper, double-spaced, and shall not exceed 20 pages, including attachments.

In an effort to determine the realistic settlement possibility, the parties **must** make a full disclosure of their best evaluation of the potential outcome of the case and what they are will to take to settle.  All of the strengths and weaknesses of one's case must be discussed candidly in the party's settlement brief and be given appropriate effect in one's settlement position as to the worth of the case.

If Plaintiff seeks monetary damages, a specific present reasonable dollar amount must be set forth.  If Plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

Defendant must set forth its present reasonable dollar figure offer.  Likewise, if Defendant is unable to set forth such figure, a convincing statement must be included, stating the reasons no such figure can be included.

Judge Sedwick will undertake a preliminary review of the settlement conference memoranda.  A settlement conference will be scheduled only if, on the basis of the memoranda, it appears that

there is a reason to believe that, with the assistance of the court, a settlement of the case can be negotiated.

A party's settlement memorandum may not be disclosed to anyone without the party's consent and is not admissible in evidence.  The confidential settlement briefs will be destroyed by Judge Sedwick after any held settlement conference.

At any conference resulting from this order, all counsel shall appear with full authority to settle all issues of this litigation and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

ENTERED this 21st day of December, 2006.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE