## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| CHRISTINA DOE, *et al.* | v. | UNITED STATES OF AMERICA |
| THE HONORABLE JOHN W. SEDWICK | | CASE NO.  3:06-cv-00003-RRB |
| PROCEEDINGS:   **ORDER FROM CHAMBERS** | | Date:  January 9, 2007 |

    This matter has been referred for a settlement conference.  Review of the confidential settlement memoranda suggests that a settlement conference might be useful.  A settlement conference will convene at **8:30 AM** on Friday, **January 12, 2007**, in the chambers of the settlement judge who anticipates that the conference will be concluded no later than 11:30 AM that day.