## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

CHRISTINA DOE, *et al.*                    v.            UNITED STATES OF AMERICA

THE HONORABLE JOHN W. SEDWICK            CASE NO.  3:06-cv-00003-RRB

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  January 12, 2007

---

The settlement judge conducted a settlement conference on January 12, 2007. The case **SETTLED**.  However, the Clerk shall not close the case at this time.  The trial date and final-pretrial conference are **VACATED**.

The settlement involves the creation of a Special Needs Trust and so may take some time to fully implement.  If dismissal papers have not sooner been filed, the parties shall file an updated status report on **March 16, 2007.**

---