ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:   (907) 543-3394
Email:       angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE  o/b/o ELIZABETH DOE,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　Defendant.<br><br>　v.<br><br>JONATHON O'BRIEN,<br><br>　　　　　Third-Party Defendant. | Case No. 3:06-cv-00003-RRB<br><br><br><br><br><br><br><br>**STATUS REPORT** |

Status Report
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                              Page 1 of 3

The Court's Order dated January 12, 2007, requires the parties to file a status report if the settlement documents have not been completed by this date. The parties continue to work on the settlement documents and expect them to be completed in the next few weeks.

Dated this 16th day of March, 2007.

By___/s/ Eric T. Sanders_____

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
Email:      sanders@frozenlaw.com
[Alaska Bar No. 7510085]


Myron Angstman
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:  (907) 543-2972
Facsimile:  (907) 543-3394
Email:      angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Status Report
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                    Page 2 of 3

Certificate of Service

I hereby certify that on the 16th day of March, 2007,
a copy of the foregoing Status Report was
electronically served on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

By__/s/ Eric T. Sanders____

Status Report
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                              Page 3 of 3