ERIC T. SANDERS  
Alaska Bar No. 7510085  
FELDMAN ORLANSKY & SANDERS  
500 L Street, Suite 400  
Anchorage, Alaska 99501  
Telephone:     (907) 272-3538  
Facsimile:     (907) 274-0819  
Email:         sanders@frozenlaw.com  

MYRON ANGSTMAN  
Alaska Bar No. 7410057  
ANGSTMAN LAW OFFICE  
PO Box 585  
Bethel, Alaska 99559  
Telephone:     (907) 543-2972  
Facsimile:     (907) 543-3394  
Email:         angstmanlaw@alaska.com  

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>             Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>             Defendant.<br><br>    v.<br><br>JONATHON O'BRIEN,<br><br>             Third-Party Defendant. | Case No. 3:06-cv-00003-RRB |

Status Report  
*Christina Doe o/b/o Elizabeth Doe v. United States of America*  
Case No. 3:06-cv-00003-RRB                                               Page 1 of 3

## STATUS REPORT

With the assistance of the Court, the parties settled this case on January 12, 2007. However, as of this date the defendant has not tendered the settlement proceeds. The plaintiff requests that the defendant notify the Court when she will receive a check.

Dated this 29th day of May, 2007.

By___/s/ Eric T. Sanders_____

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com
[Alaska Bar No. 7510085]


Myron Angstman
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:    (907) 543-3394
Email:        angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Status Report
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                Page 2 of 3

Certificate of Service

I hereby certify that on the 29th day of May, 2007,
a copy of the foregoing **Status Report**
was electronically served on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

By__/s/ Eric T. Sanders____

Status Report
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                      Page 3 of 3