ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:    (907) 274-0819
Email:          sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:    (907) 543-3394
Email:          angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. <br><br> v. <br><br> JONATHON O'BRIEN, <br><br> Third-Party Defendant. | Case No. 3:06-cv-00003-RRB <br><br><br><br><br><br><br><br> STIPULATION TO DISMISS |

Stipulation to Dismiss
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                                     Page 1 of 3

The parties settled this case on January 12, 2007; plaintiff received the settlement proceeds on July 2, 2007. Therefore, the parties, by and through their respective counsel, stipulate that all claims made by plaintiffs against defendant are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 3rd day of July, 2006.

By___/s/ Eric T. Sanders_____

Eric T. Sanders
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com
[Alaska Bar No. 7510085]


Myron Angstman
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:   (907) 543-3394
Email:       angstmanlaw@alaska.com
[Alaska Bar No. 7410057]

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

Stipulation to Dismiss
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                    Page 2 of 3

DATED this 3rd day of July, 2007.

By\_\_\_\_\_/s/ Daniel R. Cooper, Jr. (consent)\_\_\_\_

Daniel R. Cooper, Jr.
OFFICE OF THE U.S. ATTORNEY
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513
Telephone:  (907) 271-5071
Facsimile:   (907) 271-2344
[Alaska Bar No. 8211109]

Certificate of Service

I hereby certify that on the 3rd day of July, 2007,
a copy of the foregoing **Stipulation to Dismiss**
was electronically served on:

Daniel R. Cooper, Jr., Asst. U.S. Attorney

By\_\_/s/ Eric T. Sanders\_\_\_\_

Stipulation to Dismiss
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                          Page 3 of 3