ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:    (907) 272-3538
Facsimile:    (907) 274-0819
Email:        sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:    (907) 543-2972
Facsimile:    (907) 543-3394
Email:        angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00003-RRB<br>)<br>) (Proposed)<br>) ORDER DISMISSING CASE<br>)<br>) |

(Proposed) Order Dismissing Case
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                                      Page 1 of 2

IT IS HEREBY ORDERED that pursuant to stipulation of the parties, this case is dismissed with prejudice.

DATED this \_\_\_\_ day of _____, 2007.

        BY THE COURT

_____
Ralph R. Beistline
United States District Court Judge

(Proposed) Order Dismissing Case
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                     Page 2 of 2