ERIC T. SANDERS
Alaska Bar No. 7510085
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       sanders@frozenlaw.com

MYRON ANGSTMAN
Alaska Bar No. 7410057
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, Alaska 99559
Telephone:   (907) 543-2972
Facsimile:   (907) 543-3394
Email:       angstmanlaw@alaska.com

Attorneys for Plaintiff Christina Doe o/b/o Elizabeth Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHRISTINA DOE o/b/o ELIZABETH DOE, <br><br>             Plaintiff, <br><br>       vs. <br><br> UNITED STATES OF AMERICA, <br><br>             Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00003-RRB <br> ) <br> ) (~~Propose~~d) <br> ) ORDER DISMISSING CASE <br> ) <br> ) |

(~~Propose~~d) Order Dismissing Case
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                                        Page 1 of 2

IT IS HEREBY ORDERED that pursuant to stipulation of the parties, this case is dismissed with prejudice.

DATED this 5 day of July, 2007.

BY THE COURT

S/RRB
Ralph R. Beistline
United States District Court Judge

(~~Proposed~~) Order Dismissing Case
*Christina Doe o/b/o Elizabeth Doe v. United States of America*
Case No. 3:06-cv-00003-RRB                              Page 2 of 2